JOHN W. BERRY (Cal Bar No. 295760)
Email: berryj@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email: vazquezm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

```
                    FILED
            CLERK, U.S. DISTRICT COURT

            October 19, 2018

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      VPC       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　　vs.<br><br>SAINT JAMES HOLDING AND INVESTMENT COMPANY TRUST and JEFFRE JAMES aka ELDER JEFFRE SAINT JAMES,<br><br>　　　　Respondents. | Case No. 2:18-mc-00135<br><br>**ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED** |

|   |   |
|---|---|
| 1 | The Applicant, the Securities and Exchange Commission ("SEC"), having filed |
| 2 | an Application for an Order to Show Cause and an Application for Order Compelling |
| 3 | Compliance with Investigative Subpoenas against Respondents Jeffre James and |
| 4 | Saint James Holding and Investment Company Trust, the Court having considered the |
| 5 | Application and documents filed in support thereof, and good cause having been |
| 6 | shown, the Court being fully advised in the matter, and there being no just cause for |
| 7 | delay: |
| 8 | IT IS HEREBY ORDERED that the SEC's Application for an Order to Show |
| 9 | Cause Why an Order Compelling Compliance with Investigative Subpoenas should |
| 10 | not be issued is GRANTED. |
| 11 | IT IS HEREBY ORDERED that on November 5, 2018, at 9:00 a.m., or as soon |
| 12 | thereafter as the parties can be heard, each of the Respondents shall appear before the |
| 13 | Honorable S. James Otero, United States District Court, in Courtroom 10C, located at |
| 14 | 350 W. 1st Street, Los Angeles, CA 90012-4565 to show cause, if there be any, why |
| 15 | an Order Compelling Compliance with Investigative Subpoenas should not be |
| 16 | granted in accordance with the Application filed by the SEC herein. |
| 17 | IT IS FURTHER ORDERED that any papers in opposition to the issuance of |
| 18 | said Order shall be filed by the Respondents with this Court and served on the SEC's |
| 19 | Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, |
| 20 | California 90071, such that they arrive no later than 5:00 p.m. (PST), on October 29, |
| 21 | 2018. |
| 22 | IT IS FURTHER ORDERED that any reply papers in support of the issuance |
| 23 | of said Order Compelling Compliance shall be filed by the SEC with this Court and |
| 24 | served on the Respondents such that they arrive no later than 5:00 p.m. (PT), on |
| 25 | November 2, 2018. |
| 26 | IT IS FURTHER ORDERED that service of this Order to Show Cause, and |
| 27 | any papers in opposition to the issuance of said Order, or any reply papers, may be |
| 28 |   |

1

accomplished by electronic mail, facsimile, United Parcel Service or personal service.

Dated: October 19, 2018

*S. James Otero*
U.S. DISTRICT COURT JUDGE