JOHN W. BERRY (Cal Bar No. 295760)
Email: berryj@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email: vazquezm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

```
                FILED
        CLERK, U.S. DISTRICT COURT

            January 8, 2019

    CENTRAL DISTRICT OF CALIFORNIA
    BY:_____VPC_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Applicant,<br><br>　　　vs.<br><br>SAINT JAMES HOLDING AND INVESTMENT COMPANY TRUST and JEFFRE JAMES aka ELDER JEFFRE SAINT JAMES,<br><br>　　　　　Respondents. | Case No. 2:18-mc-00135-SJO-ASx<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILING TO COMPLY WITH THE COURT'S ORDER** |

| | |
|---|---|
| 1 | The Applicant, the Securities and Exchange Commission (the "SEC"), having |
| 2 | filed an Application for an Order to Show Cause why Respondents Saint James |
| 3 | Holding and Investment Company Trust ("St. James Trust") and Jeffre James Should |
| 4 | not be Held in Civil Contempt for Failing to Comply with the Court's Order, and the |
| 5 | Court having considered the Application and papers filed in support thereof, and |
| 6 | good cause being shown, and the Court being fully advised in the premises and there |
| 7 | being no just cause for delay: |
| 8 | IT IS HEREBY ORDERED that at  8:30 a.m. on February 19, 2019 , or as |
| 9 | soon thereafter as the parties can be heard, Respondents St. James Trust and Jeffre |
| 10 | James shall appear before the Honorable S. James Otero, Unites States District |
| 11 | Judge, United States Courthouse, Los Angeles, California, to show cause, if there |
| 12 | be any, why this Court should not issue an order holding Respondents in civil |
| 13 | contempt for violations of this Court's November 6, 2018 Order Compelling |
| 14 | Compliance with Administrative Subpoenas in accordance with the Application |
| 15 | filed by the SEC herein.  Individual Respondents are ordered to appear in person at |
| 16 | the above time and place. If they fail to appear in person, a warrant for their arrest |
| 17 | will be issued at that time |
| 18 | IT IS FURTHER ORDERED that any papers in opposition to the issuance |
| 19 | of said Order by the Respondents shall be filed with this Court and delivered to |
| 20 | ENF-CPU, U.S. Securities and Exchange Commission, 100 F St., N.E., Mailstop |
| 21 | 5973, Washington, DC 20549-5973, or transmitted by email to counsel for the |
| 22 | SEC, no later than February 1, 2019  at 5:00 p.m. PST, and that the SEC's reply |
| 23 | papers, if any, be filed with this Court and transmitted via email to Respondents no |
| 24 | later than  February 8, 2019  at 5:00 p.m. PST. |

DATED:   1/8/19

*S. James Otero*
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1