UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-MC-00135 SJO (ASx) | Date | February 19, 2019 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Saint James Holding and Investment Company Trust et al | | |

| Present: The Honorable | S. James Otero, Judge presiding | |
|---|---|---|
| Victor Cruz | Carol Zurborg | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Katharine Elizabeth Zoladz | Jeffre James | |

**Proceedings:** **ORDER TO SHOW CAUSE why this Court should not issue an order holding Respondents in civil contempt for violations of this Courts November 6, 2018 Order Compelling Compliance with Administrative Subpoenas**

Hearing held.

Defendant appears telephonically.

Court and counsel confer.

Defendant states that he will comply with subpoenas.

The Court Orders the defendant to comply with subpoenas by Tuesday, March 5, 2019.

The Court set a Status Conference on Monday, March 18, 2019 @ 9:00 a.m.

Defendant's request for change of venue is denied.

The Court overrules defendant's objections to the breadth of the subpoenas and for subject matter jurisdiction.

: 0/24

Initials of Preparer     vpc