JOHN W. BERRY (Cal. Bar No. 295760)
Email: berryj@sec.gov
KATHARINE E. ZOLADZ (Cal. Bar No. 254867)
Email: zoladzk@sec.gov
MANUEL VAZQUEZ (Cal. Bar No. 295576)
Email: vazquezm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Applicant,<br><br>      vs.<br><br>SAINT JAMES HOLDING AND INVESTMENT COMPANY TRUST and JEFFRE JAMES aka ELDER JEFFRE SAINT JAMES,<br><br>            Respondents. | Case No. 2:18-mc-00135-SJO-ASx<br><br>**SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR AN ORDER TO SHOW CAUSE AND APPLICATION FOR AN ORDER COMPELLING COMPLIANCE OF RESPONDENT JEFFRE JAMES WITH INVESTIGATIVE TESTIMONY SUBPOENA** |

1. The Securities and Exchange Commission ("SEC") hereby applies for an Order to Show Cause why an order should not be issued requiring Respondent Jeffre James to comply with an investigative testimony subpoena issued on October 4, 2018 and properly served on James by the SEC.

2. There is good cause for the Court to grant the SEC's application because, as this Court is aware, for six months Respondent James ignored two SEC document subpoenas, and refused to speak with SEC counsel, until after the SEC was forced to seek court intervention and James faced civil contempt.

3. Now, despite this Court's warning that he should not ignore SEC subpoenas, James is once again ignoring an SEC subpoena and obstructing the SEC's investigation.

4. No valid reason exists for Respondent's refusal to testify. Accordingly, good cause exists for the Court to grant the SEC's application and order Respondent James to show cause, if any, why this Court should not order Respondent to appear for testimony.

5. This Application is based on the accompanying Declaration of Manuel Vazquez and its attached exhibits concerning relevant factual matters to this proceeding, the Memorandum of Points and Authorities filed in support of this Application, the Proposed Order to Show Cause, and the Proposed Order Compelling Compliance, each of which is filed concurrently, such matters of which judicial notice may be taken, and any other written or oral evidence as may be offered at a hearing on the Application.

Dated: April 26, 2019

Respectfully submitted,

/s/ *Manuel Vazquez*
John W. Berry
Katharine E. Zoladz
Manuel Vazquez
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 26, 2019, I caused to be served the document entitled **SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR AN ORDER TO SHOW CAUSE AND APPLICATION FOR AN ORDER COMPELLING COMPLIANCE OF RESPONDENT JEFFRE JAMES WITH INVESTIGATIVE TESTIMONY SUBPOENA** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☒ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 26, 2019         /s/ Manuel Vazquez
                              MANUEL VAZQUEZ

1

*SEC v. Saint James Holding and Investment Company Trust, et al.*
United States District Court – Central District of California
Case No. 2:18-mc-00135-SJO-ASx

## SERVICE LIST

Respondent Saint James Holding and Investment Company Trust
c/o Jeffre James
12727 Coursey Blvd., Apt. 1087
Baton Rouge, LA 70816
Email: info@stjameshdinvtrust.co

Respondent Jeffre James
12727 Coursey Blvd., Apt. 1087
Baton Rouge, LA 70816
Email: jeffrejames04@yahoo.com